# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| MCL FRESH INC., _____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:13-CV-8033-PSG (Ex) |
| SH ENTERPRISES, INC. dba CALIFORNIA MART; HUI MIN; TAE HO MIN, ) | |
| *Defendant* ) | MC-14-00009 |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 3/14/2014.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 5/7/2014

CLERK OF COURT

*Rudy*
Signature of Clerk or Deputy Clerk

1164

**FILED**
DISTRICT COURT OF GUAM
MAY 28 2014
JEANNE G. QUINATA
CLERK OF COURT

E-FILED 03/14/14

(03/24 HRG OFF)

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MCL FRESH, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SH ENTERPRISES, INC. dba CALIFORNIA MART, a corporation of unknown domicile; HUI MIN, an individual; TAE HO MIN, an individual; and DOES 1 through 50,<br><br>Defendants. | Case No. 2:13-CV-8033-PSG (Ex)<br><br>[~~PROPOSED~~] JUDGMENT |

## [~~PROPOSED~~] JUDGMENT

Based on the failure of defendants SH Enterprises, Inc. dba California Mart, Hui Min, and Tae Ho Min, to respond to the Summons and Complaint of plaintiff MCL Fresh, Inc., and based on the default judgment package submitted in support hereof, the Court enters default judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is hereby entered on the Complaint in favor of plaintiff MCL Fresh, Inc., and against defendants SH Enterprises, Inc. dba California Mart, Hui Min, and Tae Ho Min, jointly and severally, in the amount of $ 159,837.08 .



193483.1

2:13-CV-8033-PSG (Ex)

JUDGMENT

2. Plaintiff MCL Fresh, Inc. is awarded its attorneys' fees in the amount of $6,796.74 .

3. Plaintiff MCL Fresh is awarded its costs pursuant to Local Rule 54-3.

THE CLERK IS ORDERED TO ENTER THE JUDGMENT.

DATED: 03/14 , 2014

**PHILIP S. GUTIERREZ**

Honorable Paul S. Gutierrez
United States District Judge

Respectfully submitted by:

NEUFELD MARKS
  A Professional Corporation
Paul S. Marks
Yuriko M. Shikai

By _____
      Paul S. Marks
   Attorneys for Plaintiff MCL Fresh, Inc.

I hereby attest and certify on 5/7/2014 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

1207